BENJAMIN F. FOSTER, Appellant, *v.* WM. A. WHITE & SONS, Respondent.

(Argued January 21, 1936; decided March 3, 1936.)

*Harry Bijur, A. S. Cutler* and *Norman Roth* for appellant.

*Alexander Pfeiffer* and *Morris G. Duchin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.